IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Nos. 94-41076 & 95-30579
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus


JOE ALLEN BOUNDS,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. CR 88-50038-02
- - - - - - - - - -

January 17, 1996
Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Joe Allen Bounds appeals the denial of his motion for a new trial on the grounds of newly discovered evidence; the denial of his motion for a new trial or, in the alternative, a writ of error coram nobis on grounds of ineffective assistance of counsel; and the sentencing judge's factual findings on resentencing regarding drug quantities.  We have reviewed Bounds's contentions of error and the record.  We find that Bounds's ineffective-assistance claims are not adequately

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

developed for review on direct appeal.  See United States v. Higdon, 832 F.2d 312, 313-14 (5th Cir. 1987), cert. denied, 484 U.S. 1075 (1988).  We otherwise find no reversible error.

Therefore, the decisions of the district court are AFFIRMED without prejudice to Bounds's ability to raise his ineffective-assistance contentions in a 28 U.S.C. § 2255 proceeding.